✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Michael Green, Andre Page, Aquaya Perry | Case Number: 04-1755-CBS |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>TOBIN, PELGRO | DEFENDANT'S ATTORNEY<br>D'ANGELO, NORRIS, HAYDEN |
|---|---|---|
| TRIAL DATE (S)<br>6/9/2004 | COURT REPORTER<br>11:55 AM | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 6/9/2004 | | | Agent Peter Darling |
| | | | | | John Coleman |
| | | | | | Mrs. Green |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/9/2004 | X | X | Complaint & Affidavit |
| 2 | | 6/9/2004 | X | X | Photo of Chevy Trail Blazer |
| 3 | | 6/9/2004 | X | X | Photo of Cocain Seized |
| 4 | | 6/9/2004 | X | X | Photo of Cocain in packing |
| 5 | | 6/9/2004 | X | X | Photo of Cocain in packing |
| 6 | | 6/9/2004 | X | X | Photo of Money Seized |
| 7 | | 6/9/2004 | X | X | Copy of Booking Sheet |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages